1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11    OSCAR J.,[1]                          Case No.:  20-cv-1432-ALB-BLM

                              Plaintiff,    **ORDER DIRECTING CLERK OF**
12                                          **COURT TO ENTER JUDGMENT IN**
13    v.                                    **FAVOR OF PLAINTIFF**

14    FRANK J. BISIGNANO, Commissioner
      of Social Security,[2]
15                            Defendants.

16

17           Plaintiff filed a complaint on July 24, 2020, seeking judicial review of the

18    Commissioner's denial of his application for disability insurance benefits. (Doc. No. 1.)

19    On June 24, 2021, Plaintiff filed a motion for summary judgment. (Doc. No. 19.) On

20    July 9, 2021, the Commissioner filed a cross-motion for summary judgement and

21    opposition to Plaintiff's Motion. (Doc. No. 20.) On December 7, 2021, Magistrate Judge

22    Barbra L. Major issued a Report and Recommendation ("R&R"). (Doc. No. 25.). The R&R

23    recommended granting Plaintiff's Motion for Summary Judgment, denying the

24

25    _____

26    [1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under
      42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

27    [2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Frank Bisignano may be
28    substituted as the defendant in this action pursuant to 42 U.S.C. § 405(g).

1

Commissioner's Cross-motion for Summary Judgment, and remanding the matter back to the Commissioner for further proceedings. (*Id*.) The parties were instructed to file any written objections to the R&R by no later than December 21, 2021, and replies no later than January 5, 2022. (*Id.*) Neither party filed an objection. On January 6, 2022, the Court adopted the magistrate judge's R&R and remanded the case back to the Commissioner for further review pursuant to 42 U.S.C. § 405(g). (Doc. No. 26.) Consistent with the Court's January 6, 2022 Order (*see id.*), the Clerk of Court is instructed to enter judgment in Plaintiff's favor.

 **IT IS SO ORDERED.**

Dated:  August 21, 2025

Hon. Anthony J. Battaglia
United States District Judge

2